IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JUANEECE JONES                                                                                    PLAINTIFF

VS.                                                                          CAUSE NO. 3:13-cv-276 WHB-RHW

WALMART STORES EAST, LP,
WALMART STORES, INC., AND
JOHN AND JANE DOES 1-10                                                                    DEFENDANTS

**AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE**

THIS CAUSE having come on for consideration on the *ore tenus* motion of Plaintiff, **JUANEECE JONES,** through her attorney, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, the Court, understanding that counsel for Defendants, Wal-Mart Stores, Inc. and Wal-Mart Stores East, LP, joins in with this motion, finds that the relief requested is well founded and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED**, that the herein styled and numbered cause be, and the same hereby is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 23rd day of December, 2013.

                                                s/William H. Barbour, Jr.
                                                **UNITED STATES DISTRICT COURT JUDGE**

Agreed to and Approved:

| | |
|---|---|
| *s/ Thomas M. Louis* | *s/ C. Maison Heidelberg* |
| Thomas M. Louis (MSB #8484) | C. Maison Heidelberg (MSB #9559) |
| Laura H. Katzenmeyer (MSB #104269) | Heidelberg Harmon PLLC |
| Wells Marble & Hurst, PLLC | 795 Woodlands Parkway, Suite 220 |
| Post Office Box 131 | Ridgeland, MS 39157 |
| Jackson, MS 39205-0131 | *Attorneys for Plaintiff* |
| *Attorneys for Defendants* | |